UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PATRICK JACKSON, | ) | |
|     Petitioner, | ) ) ) | |
| v. | ) ) | 1:18CV1007 1:10CR170-1 |
| UNITED STATES OF AMERICA, | ) ) | |
|     Respondent. | ) | |

**ORDER**

On October 7, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. The time period for objecting was extended at Petitioner's request, and Petitioner filed timely Objections (Doc. 73) to the Recommendation on January 11, 2021.

The court has reviewed Petitioner's Objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss (Doc. 66) is GRANTED, and Petitioner's Motion (Doc. 59) to vacate, set aside, or correct sentence is DISMISSED. Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability shall not issue.

```
                              /s/   Thomas D. Schroeder
                            United States District Judge
```

January 15, 2021